THE HONORABLE Samuel J. Steiner
Chapter 11
Location: Bremerton
Date of Hearing: Ex-parte

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | IN CHAPTER 11 NO.: 09-15727 |
| **Carolyn Frame and Charles Frame,** | **MOTION FOR ORDER TO USE POST-PETITION EARNINGS AND CASH COLLATERAL FOR THE PURPOSE OF CONTINUING BUSINESS ACTIVITIES** |
| **Debtor.** | |

COMES NOW the debtor, **Carolyn Frame and Charles Frame**, by and through their attorney, DAVID CARL HILL, and moves this court for an Order granting them leave to **USE POST-PETITION COLLATERAL FOR THE PURPOSE OF CONTINUING BUSINESS ACTIVITIES AND PERSONAL ACTIVITIES**.

This Motion is made based upon the affidavit of DAVID CARL HILL, attached hereto and incorporated herein by this reference.

/s/David Carl Hill
DAVID CARL HILL, WSBA#9560
Attorney for Debtors

STATE OF WASHINGTON )
                               ) ss.
COUNTY OF KITSAP      )

DAVID CARL HILL, being first duly sworn on oath, deposes and states:

Motion for Order to Use Cash Collateral- 1 -

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 BETHEL RD. SE SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491

1 | That I am the attorney for the debtor above named.  Debtor requires the ability to pay
2 | personal monthly expenses, and to continue business operations.
3 | Based upon the foregoing, I respectfully request that the debtors be granted leave
4 | to incur indebtedness for the purchase of a commercial van as set forth.
5 | Respectfully submitted.

/s/David Carl Hill
DAVID CARL HILL

SUBSCRIBED AND SWORN to before me this 9th day of June, 2009

/s/Kevin M. Decker
NOTARY PUBLIC in and for the
State of Washington.
My commission expires: April 1, 2012

Motion for Order to Use Cash Collateral- 2 -

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 BETHEL RD.  SE SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491