THE HONORABLE Samuel J. Steiner
Chapter 11
Location: Seattle
Date of Hearing: 7 August, 2009
Time: 9:30 a.m.
Response Date: 31 July, 2009

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

**Carolyn Frame and Charles Frame,**

**Debtor.**

IN CHAPTER 11 NO.:09-15727

**MOTION FOR ORDER TO USE POST-PETITION EARNINGS AND CASH COLLATERAL FOR THE PURPOSE OF CONTINUING BUSINESS ACTIVITIES**

COMES NOW the debtor, **Carolyn Frame and Charles Frame**, by and through their attorney, DAVID CARL HILL, and moves this court for an Order granting them leave to **USE POST-PETITION COLLATERAL FOR THE PURPOSE OF CONTINUING BUSINESS ACTIVITIES AND PERSONAL ACTIVITIES**.

This Motion is made based upon the affidavit of DAVID CARL HILL, attached hereto and incorporated herein by this reference.

/s/David Carl Hill
DAVID CARL HILL, WSB#9560
Attorney for Debtors

STATE OF WASHINGTON )
                               ) ss.
COUNTY OF KITSAP     )

Motion for Order to Use Cash Collateral- 1 -

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 BETHEL RD. SE SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491

1  DAVID CARL HILL, being first duly sworn on oath, deposes and states:

2  That I am the attorney for the debtor above named. Debtor requires the ability to pay

3  personal monthly expenses, and to continue business operations. Debtors monthly

4  anticipated income and expenses are set forth in Amended Schedules I and J. Copies of

5  these schedules are attached hereto as exhibits.

6  Debtors own or in partnership with several real estate Limited Liability Companies.

7  The projected income set forth in Schedule I represents the average sums collected by them

8  from the operation of these companies. The proposed expenses are set forth in Schedule J.

9  These Schedules represent their necessary living expenses.

10  Based upon the foregoing, I respectfully request that the debtors be granted leave

11  to use collateral to pay ongoing business expenses and continue paying living expenses.

12  Respectfully submitted.

14  /s/David Carl Hill
   DAVID CARL HILL

15  SUBSCRIBED AND SWORN to before me this 16 day of July, 2009

17  /s/Kevin M. Decker
   NOTARY PUBLIC in and for the
18  State of Washington.
   My commission expires: April 1, 2012

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 BETHEL RD. SE SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015 FAX: (360) 895-1491

Motion for Order to Use Cash Collateral- 2 -