THE HONORABLE Samuel J. Steiner
Chapter 11
Location: Seattle
Date of Hearing: Ex-parte

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: ) | |
| ) | **IN CHAPTER 11 NO.: 09-15727** |
| Carolyn Frame ) | |
| and Charles Frame, ) | **DECLARATION OF MAILING** |
| ) | |
| ) | |
| **Debtor.** ) | |
| ) | |

The undersigned declares under the penalty of perjury under the Laws of the State of Washington, that on the July 21, 2009, I deposited in the mail of the United States of America, a properly stamped and addressed envelope containing a copy of the Motion for Order to Hire Professional (Attorney), Motion for Order to Use Post-Petition Earnings for the Purpose of Business and Personal Activities, and Motion for Order Approving Sale of Real Property Free and Clear of Liens, directed to the creditors and parties on the attached list:

DATED this July 21, 2009.

/s/Kevin M. Decker
Kevin M. Decker

Declaration of Mailing

LAW OFFICE OF
DAVID CARL HILL,
Hill Law.Com, P.S.
2472 BETHEL RD. SE, SUITE A
PORT ORCHARD, WA 98366
(360) 876-5015  FAX: (360) 895-1491