```
Label Matrix for local noticing          American Home Mortgage Servicing Inc      GMAC Mortgage, LLC
0981-2                                   4875 Belfort Road                         Pite Duncan, LLP
Case 09-15727-SJS                        Suite 130                                 4375 Jutland Drive, Suite 200
Western District of Washington           Jacksonville, FL 32256-6059               P.O. Box 17933
Seattle                                                                            San Diego, CA 92177-7921
Fri Jul 10 13:48:09 PDT 2009

Viking Community Bank                    U.S. Bankruptcy Court                     AMERICAN HOME MORTGAGE SERVICING,INC.
c/o Gary Krohn                           700 Stewart St, Room 6301                 4875 BELFORT ROAD SUITE 130
9725 3rd Ave NE #600                     Seattle, WA 98101-1271                    JACKSONVILLE, FLORIDA 32256-6059
Seattle, WA 98115-2061


AMERICAN INFOSOURCE LP AS AGENT FOR      Advanta Bank Corp                         American Home Mortgage
FIA CARD SERVICES, NA/BANK OF AMERICA    P.O. Box 30715                            P.O. Box 631730
PO Box 248809                            Salt Lake City, UT 84130-0715             Irving, TX 75063-0002
Oklahoma City, OK  73124-8809


American Marine Bank                     Aurora                                    Bank of America
P.O. Box 569091                          P.O. Box 78112                            P.O. Box 15026
Dallas, TX 75356-9091                    Phoenix, AZ 85062-8112                    Wilmington, DE 19850-5026


Bold, LLC                                CFA Partners                              Chase Bank
10350 Bren Road West                     911 Hildebrand Lane NE, #202              P.O. Box 15298
Hopkins, MN 55343-9014                   Bainbridge Island, WA 98110-2847          Wilmington, DE 19850-5298


Chevy Chase Bank                         Citi Cards                                Community Bank
P.O. Box 17000                           P.O. Box 45129                            P.O. Box B
Baltimore, MD 21297-1000                 Jacksonville, FL 32232-5129               Ronan, MT 59864-0069


Countrywide Home Loans                   Cristopher and Patricia Spier             DISCOVER BANK
400 Countrywide Way SV-35                10700 NE Upper Broomgerrie Rd             DFS Services LLC
Simi Valley, CA 93065-6298               Bainbridge Island, WA 98110               PO Box 3025
                                                                                   New Albany, Ohio   43054-3025


De Lage Landen                           (p)DISCOVER FINANCIAL SERVICES LLC        EMC
P.O. Box 41602                           PO BOX 3025                               P.O. Box 660753
Philadelphia, PA 19101-1602              NEW ALBANY OH 43054-3025                  Dallas, TX 75266-0753


First Choice Business Machines           First Mutual Bank                         Ford Motor Credit
P.O. Box 790448                          P.O. Box 1647                             Dept 55-95
Saint Louis, MO 63179-0448               Bellevue, WA 98009-1647                   P O Box 55000
                                                                                   Detroit, MI 48255-0001


GMAC Mortgage                            GMAC Mortgage_LOC                         Gredgar, LLC
3451 Hammond Ave                         3451 Hammond Ave                          1521 SE Piperberry Way, #104
Waterloo, IA 50702-5300                  Waterloo, IA 50702-5300                   Port Orchard, WA 98366-1203
```

| | | |
|---|---|---|
| Home Depot Credit Services<br>P.O. Box 689100<br>Des Moines, IA 50368-9100 | Key Bank<br>P.O. Box 94620<br>Cleveland, OH 44101-4620 | Kingston Management Services,<br>4727 NE Lamms Lane<br>Poulsbo, WA 98370-8818 |
| Kitsap Credit Union<br>P.O. Box 990<br>Bremerton, WA 98337-0215 | Larry Asher<br>4830 Lamms Lane<br>Poulsbo, WA 98370-8866 | Lori Seligmann<br>1423 Emerick Road<br>Cle Elum, WA 98922-9136 |
| Lyon Financial Services, Inc.<br>c/o Kramer & Associates<br>228 River Vale Rd<br>Second Floor<br>Westwood, NJ 07675 | Melba Brown<br>P.O. Box 24<br>Lewiston, ID 83501-0024 | Oregon Office<br>Opus NW Mgmt, LLC<br>1500 Southwest First Ave #1100<br>Portland, OR 97201-5853 |
| Pam Robinson<br>724 Azalea Ave NE<br>Bainbridge Island, WA 98110-2918 | Ric Gaunt<br>Sterling Savings Bank<br>111 North Wall, Dept 920<br>Spokane, WA 99201-0696 | Sarah Major<br>6334 61st Street W<br>University Place, WA 98467-4934 |
| Sterling Savings Bank_LOC<br>Bellevue Commercial Banking Ct<br>11400 SE 8th St<br>Suite 340<br>Bellevue, WA 98004-6431 | TWS Developing Company LLC<br>1904 Third Avenue<br>Suite 608<br>Seattle, WA 98101-1160 | TWS Development, LLC<br>c/o Jameson Babbit Stites<br>& Lombard, PLLC<br>999 Third Avenue, Ste 1900<br>Seattle, WA 98104-4028 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-1271 | Viking Bank<br>P.O. Box 30495<br>Tampa, FL 33630-3495 |
| Viking Bank<br>P.O. Box 80565<br>Seattle, WA 98108-0565 | Viking Bank-LOC<br>P.O. Box 80565<br>Seattle, WA 98108-0565 | Viking Bank_LOC - Bainbridge<br>P.O. Box 80565<br>Seattle, WA 98108-0565 |
| Viking Bank_LOC - Clarkston<br>P.O. Box 80565<br>Seattle, WA 98108-0565 | Viking Bank_LOC - Hanger<br>P.O. Box 80565<br>Seattle, WA 98108-0565 | Viking Bank_LOC - Wyatt LLC<br>P.O. Box 80565<br>Seattle, WA 98108-0565 |
| Carolyn Frame<br>7700 Hidden Cove Rd NE<br>Bainbridge Island, WA 98110-1140 | Charles Frame<br>7700 Hidden Cove Rd NE<br>Bainbridge Island, WA 98110-1140 | David Carl Hill<br>Law Office of David Carl Hill<br>2472 Bethel Rd SE Ste A<br>Port Orchard, WA 98366-2404 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card  
P.O. Box 30943  
Salt Lake City, UT 84130

US Bank  
Bankruptcy/Recovery Department  
P.O. Box 5229  
Cincinnati, OH 45201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CBRE CB Richard Ellis          (u)MacQuerie                  (d)Pam Robinson
                                                                 724 Azalea Avenue NE
                                                                 Bainbridge Island, WA 98110-2918


(u)misc                           (u)Robin Denning              End of Label Matrix
                                                                 Mailable recipients   56
                                                                 Bypassed recipients    5
                                                                 Total                 61